UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-24856-RAR

JAMES WATSON,

    Plaintiff,

v.

HOLLY HUNT ENTERPRISES, INC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, James Watson, by and through the undersigned counsel, hereby notifies the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Respectfully submitted on January 12, 2024.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Watson v. Holly Hunt**  
**Case No. 23-cv-24856-RAR**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2024, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*  
J. Courtney Cunningham, Esq.  
J. COURTNEY CUNNINGHAM, PLLC  
8950 SW 74th Court, Suite 2201  
Miami, Florida 33156  
T:  305-351-2014  
cc@cunninghampllc.com  
legal@cunninghampllc.com  

*Counsel for Plaintiff*
