UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-24856-RAR

**JAMES WATSON**,

    Plaintiff,

v.

**HOLLY HUNT ENTERPRISES, INC.**,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Settlement ("Notice"), [ECF No. 12], which indicates that the parties have reached an agreement resolving this action. Accordingly, the Court having carefully reviewed the Notice, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file the appropriate dismissal documents with the Court within **thirty (30) days** of the date of this Order.

2. All deadlines are **TERMINATED**.

3. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 12th day of January, 2024.

                                                    **RODOLFO A. RUIZ II**
                                                    **UNITED STATES DISTRICT JUDGE**